# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Louis Andrew Kelm, Jr. et al. | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:15cv95 UNA |
| Country Mutual Insurance Company | ) |
| Defendant(s). | ) |

## ORDER

The above styled and numbered case was filed on January 13, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:15cv00007.

**IT IS FURTHER ORDERED** that cause number 4:15cv95 UNA be administratively closed

Gregory J. Linhares
CLERK OF COURT

Dated: January 14, 2015      By: Katie Spurgeon, Deputy in Charge

**In all future documents filed with the Court, please use the following case number 1:15cv00007 ACL.**